FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALEX JOHNSON,<br><br>Defendant. | No. 1:22-CR-02085-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 19, 20** |

On Tuesday, September 06, 2022, the Court conducted a hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 19) and related Motion to Expedite (ECF No. 20). Defendant was represented by Assistant Federal Defender Jennifer Barnes. Assistant United States Attorney Frances Walker represented the United States.

ORDER - 1

Defendant requests Special Condition No. 1 be modified to permit Defendant to attend Pow Wow ceremonies and other tribal activities outside of the Eastern District of Washington, as part of his role as a tribal elder.

Defendant also requests that Special Condition No. 10 be modified to permit Defendant to have daytime visits with his own grandchildren.

The United States Attorney and U.S. Probation have no objection to Defendant's request in either regard.

For the reasons set forth in the hearing, **IT IS ORDERED:**

1. Defendant's Motion to Expedite, **ECF No. 20**, is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release, **ECF No. 19**, is **GRANTED**.

3. Special Condition No. 1 (**ECF No. 15**) shall be **MODIFIED** to allow Defendant to travel outside of the District for the purpose of attending Pow Wow ceremonies and other tribal activities connected to his role as a tribal elder, so long as he provides information about the activities to U.S. Probation in advance and obtains U.S. Probation's approval to attend. Furthermore, Defendant must be accompanied by his wife, who is aware of the pending charges, when attending these activities.

4. Special Condition No. 10 (**ECF No. 15**) shall be **MODIFIED** to allow Defendant to visit with his grandchildren. These visits must occur in the presence of

ORDER - 2

the grandchildren's parents who are aware of the pending charges and may not include any overnight stays. Defendant is still required to obtain U.S. Probation's advance approval for each proposed visit.  Furthermore, Defendant is prohibited from discussing his pending case during these visits.

      5.    All other conditions of release shall remain in effect.

**IT IS SO ORDERED**.

DATED September 6, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3